| | |
|---|---|
| FIKISH A. MEADOWS, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:15-CV-116- F** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs Motion for Judgment on the Pleadings [DE-30] is ALLOWED, and Defendant's Motion for Judgment on the Pleadings [DE-36] is DENIED. This case is REMANDED to the Commissioner for further proceedings consistent with this order. The Clerk is DIRECTED to close this case.

**This Judgment Filed and Entered on September 21, 2016, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

DATE                                                                JULIE A. RICHARDS, CLERK

September 21, 2016                                         *Susan K. Edwards*

                                                                            _____
                                                                            (By) Susan K. Edwards, Deputy Clerk