IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-00116-F

| | |
|---|---|
| FIKISHA MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of an Order for attorney's fees under

the Equal Access to Justice Act, and it appearing that the parties have agreed that the

Commissioner of Social Security should pay the sum of $4,169.00 for attorney fees for 22 hours

of work, in full and final settlement of all claims due against the Social Security Administration,

for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. §

2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the

sum of $ 4,169.00, sent to Plaintiff's Counsel's office address in full satisfaction of any and all

claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is

dismissed with prejudice.

SO ORDERED this ___12___ day of January, 2017.

James C. Fox
Senior United States District Court Judge