UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FIKISH A. MEADOWS, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:15-CV-116- F** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $4,169.00, sent to Plaintiffs Counsel's office address in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on January 12, 2017, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

DATE                                                                      JULIE A. RICHARDS, CLERK

January 12, 2017                                                     *Susan K. Edwards*

                                                                                   _____
                                                                                   (By) Susan K. Edwards, Deputy Clerk